Brian LEHIY, Appellant
(Defendant Below),

v.

STATE of Indiana, Appellee
(Plaintiff Below).

No. 50S03–8706–CR–623.

Supreme Court of Indiana.

June 30, 1987.

---

## ORDER

### GRANTING PETITION FOR TRANSFER

 THE COURT now grants appellee's Petition for Transfer. The decision of the Court of Appeals reported at 501 N.E.2d 451 is adopted and affirmed. Appellate Rule 11(B)(3), Ind.Rules of Procedure.

DeBRULER, GIVAN, PIVARNIK and DICKSON, JJ., concur.